THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER LAKKIS                         :
                                     :
         Plaintiff                   :
                                     :
v.                                   :   3:12-CV-1024
                                     :   (JUDGE MARIANI)
FREDERICK LAHOVSKI and               :
JOE CHACKE                           :
                                     :
         Defendants                  :

## ORDER

AND NOW, THIS 30 TH DAY OF JANUARY 2014, upon consideration of Defendants' Motion to Dismiss (Doc. 41) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss (Doc. 41) is **GRANTED IN PART AND DENIED IN PART**.

    a. Count I (Plaintiff's First Amendment retaliation claim), Count II (constitutional challenge to Special Order Memorandum), and Count III (§ 1983 conspiracy), are **DISMISSED WITH PREJUDICE**.

2. Defendants' motion to dismiss paragraphs 51 through 56 in support of Count IV (Plaintiff's subsequent First Amendment retaliation claim) and Count IV itself is **DENIED**.

Robert D. Mariani
United States District Judge