THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER LAKKIS | : |
|         **Plaintiff** | : |
| v. | :   3:12-CV-1024 |
| | :   (JUDGE MARIANI) |
| FREDERICK LAHOVSKI and JOE CHACKE | : |
|         **Defendants** | : |

## ORDER

**AND NOW, THIS 21ST DAY OF APRIL, 2015**, upon consideration of Defendants' motion for summary judgment (Doc. 57) and all accompanying documents, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 57) is **GRANTED IN PART** and **DENIED IN PART**, to wit:

    a. The motion is granted as to Plaintiff's claim that he was subjected to unlawful retaliation by Defendant Lahovski's failure to respond to his messages, and is likewise granted with respect to Plaintiff's claim that he was denied training, extra duty, and compensatory time in relation for his filing of the above-captioned action.

    b. The motion is denied as to all other remaining claims of the third amended complaint.

2. The case will be scheduled for trial on the remaining claims of the third amended complaint (Doc. 40).

3. A telephone scheduling conference will be held on **Wednesday, May 6, 2015, at 2:00 p.m.** Counsel for the plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge