THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER LAKKIS                              :
                                          :
      Plaintiff,                     :
v.                                        :   3:12-CV-1024
                                          :   (JUDGE MARIANI)
FREDERICK LAHOVSKI and                    :
JOE CHACKE                                :
                                          :
      Defendants.                    :

## ORDER

AND NOW, THIS 27th DAY OF JULY, 2016, upon consideration of Plaintiff's Motion to Reopen Case and Enforce Settlement, (Doc. 93), and Plaintiff's Motion to Reinstate Case, (Doc. 95), and all accompanying briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Reopen Case and Enforce Settlement, (Doc. 93), is **DENIED**.

2. Plaintiff's Motion to Reinstate Case, (Doc. 95), is **GRANTED**.

3. A telephone scheduling conference **SHALL BE CONDUCTED** on **Thursday September 1, 2016, at 10:45 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

4. The Clerk of the Court is **DIRECTED** to reinstate this case.

_____
Robert D. Mariani
United States District Judge